JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.J.T., <br>            Plaintiff, <br>     v. <br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br>            Defendant. | Case No. 5:21-cv-02152-SHK <br><br> JUDGMENT |

It is the judgment of this Court that the Social Security Commissioner's decision is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with this Court's Order.

DATED: 02/02/2023

                                            HON. SHASHI H. KEWALRAMANI
                                            United States Magistrate Judge